Calvin Ramarro Darden  366818 - HK
Docket Number: 14-CR-534 (JSR)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒  Court Orders supervision to terminate as scheduled on August 28, 2020

or

U.S. Probation Officer is directed to:

☐  Submit a Request for Modifying the Condition or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other:

_____
Honorable Jed S. Rakoff

_____7/30/20_____
Date